UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT B. TURNER III,

    Plaintiff,

v.

NATIONAL DEFAULT SERVICING CORPORATION, *et al.*,

    Defendants.

Case No. 2:11-CV-01460-KJD-PAL

**ORDER**

    Plaintiff's complaint was filed in Nevada state court on July 7, 2011. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint. The 120 day time period for effecting service of the summons and complaint upon Defendant expired no later than November 7, 2011. Plaintiff has not yet filed proof of service of the summons and complaint on the sole remaining defendant, National Default Servicing Corporation.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including November 28, 2011 to file proof of service of the summons and complaint within the allowed time. If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint against the remaining defendant without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 9th day of November 2011.

Kent J. Dawson
United States District Judge